# Notice Recipients

District/Off: 0970−2  User: learys  Date Created: 4/22/2011
Case: 2:11−bk−11498−GBN  Form ID: ntcprose  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     THERESA MARCELLA TORRES     8344 N 67TH AVE #1015     GLENDALE, AZ 85302
TOTAL: 1