# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:11−bk−11498−GBN

THERESA MARCELLA TORRES  Chapter: 7
aka THERESA MARCELLA OSUNA
8344 N 67TH AVE #1015
GLENDALE, AZ 85302
**SSAN:** xxx−xx−5264
**EIN:**

Debtor(s)

---

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or a chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline.*

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*[Check the appropriate boxes]*

☐ I/We, _____, the debtor(s) in the above−styled case hereby
*(Printed Name(s) of Debtor and Joint Debtor, if any)*

certify that on_____I/we completed an instructional course in personal financial management
*(Date)*

provided by _____, an approved personal financial management
*(Name of Provider)*

instruction provider. If the provider furnished a Certificate attesting to the completion of the personal financial

management instructional course, a copy is attached. Certificate No._____.

− − − CERTIFICATION OF COMPLETION CONTINUES ON NEXT PAGE − − −

☐ I/We, _____, the debtor(s) in the above−styled case, hereby
*(Printed Name(s) of Debtor and Joint Debtor, if any)*

certify that <u>no personal financial management course is required</u>, because:

    ☐ I am/We are incapacitated or disabled, as defined in 11 U.S.C. § 109(h);

    ☐ I am/ We are on active military duty in a military combat zone.

_____
Signature of Debtor                      Date

_____
Signature of Joint Debtor              Date

```
                              United States Bankruptcy Court
                                    District of Arizona
In re:                                                              Case No. 11-11498-GBN
THERESA MARCELLA TORRES                                             Chapter 7
       Debtor                  CERTIFICATE OF NOTICE
District/off: 0970-2           User: stangretw              Page 1 of 1              Date Rcvd: Apr 25, 2011
                               Form ID: b23                 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2011.
db           +THERESA MARCELLA TORRES,   8344 N 67TH AVE #1015,   GLENDALE, AZ 85302-5522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2011**                    **Signature:**      _Joseph Speetjens_